PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Anthony Bilotto                                    Cr.: 96-00698-001

Name of Sentencing Judicial Officer: Honorable Harold A. Ackerman

Date of Original Sentence: 06/29/00

Original Offense: Bank Robbery by Force or Violence

Original Sentence: 86 months custody, 5 years supervised release

Type of Supervision: Supervised Release                              Date Supervision Commenced: 08/21/06

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

To set the monthly restitution payment plan to a minimum payment of $150 per month.

## CAUSE

After careful review of the offender's personal financial statement, the offender displays the ability to make a minimal monthly payment of $150.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 05/17/07

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

Signature of Judicial Officer

May 31, 2007
Date